**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: ROSA E. FERRARI        Case No. 18-14840-AJC
                                                                        Chapter 13

            Debtor            /

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

    *This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Debtors object to the following claim filed in this case:

    **The Debtor objects to <u>Claim No. 7</u> filed by <u>Carolyn Ferrari</u> in the amount of <u>unknown</u>. The Creditor has not attached any documentation to her proof of claim which supports any money owed to her by the Debtor. The claim should be stricken and disallowed.**

    The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the Debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: <u>07/31/2018</u>

                                               <u>/s/ Timothy S. Kingcade</u>

                                              Attorney for Debtor

                                              Address:<u>1370 Coral Way</u>

                                              <u>Miami, FL 33145</u>

                                              Telephone: <u>305-285-9100</u>

                                              Florida Bar No.:<u>082309</u>

                                              email: <u>scanner@miamibankruptcy.com</u>

LF-70 (rev. 12/01/09)