

**ORDERED in the Southern District of Florida on August 1, 2018.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

In re:   ROSA E. FERRARI                              Case No. 18-14840-AJC
                                                      Chapter 13

_____Debtor._____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 2 OF SUNTRUST MORTGAGE, INC.

THIS CASE came on to be heard on July 31, 2018 at 9:00 a.m. on upon the Debtor's Objection to Claim #2 of SunTrust Mortgage, Inc. [D.E. 20] and based upon the record, it is:

**ORDERED** AS FOLLOWS:

1. The Debtor's Objection to Claim No. 2 is **SUSTAINED**.

2. Claim No. 2 is **ALLOWED BUT WITH NO DISTRIBUTION.**

### ###

**Submitted by:**
Timothy S. Kingcade, Esq.
1370 Coral Way
Miami, FL 33145

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 12/01/15)